**Electronically Filed
Supreme Court
SCWC-30609
27-DEC-2011
02:00 PM**

NO. SCWC-30609

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

DONG MEI LI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30609; CASE NO. 1P109-13507)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant, *pro se*, Dong Mei Li's

application for writ of certiorari, filed on November 23, 2011,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, December 27, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



Dong Mei Li,
petitioner/defendant-
appellant, *pro se,* on
the application